# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Mustafa Ansari,<br><br>    Plaintiff<br><br>v.<br><br>Judge Susan H. Johnson, et al,<br><br>    Defendants | Case No.: 2:21-cv-01076-JAD-EJY<br><br>**Remand Order**<br><br>[ECF No. 3] |

Defendant having shown that removal of this action by the plaintiff was improper, IT IS HEREBY ORDERED that:

- Defendants' Motion to Remand **[ECF No. 3] is GRANTED**;

- The Clerk of Court is directed to **REMAND this case back to the Eighth Judicial District Court, Case No. A-20-824637-W,** and CLOSE THIS CASE;

- The IFP application **[ECF No. 1] is DENIED** as moot and without prejudice.

Dated: September 14, 2021

_____
U.S. District Judge Jennifer A. Dorsey